UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Doris Utley

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City           State           Zip Code

CITATION / CASE NO. 3:09-mj-34

**ORDER TO PAY**

FILED
JUL 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT

DATE: 7-7-09    X Doris L Utley
                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 9-mj-34     FINE 490.00     ASGMT. 10.00
CITATION / CASE NO: _____  FINE _____    ASGMT. _____
CITATION / CASE NO: _____  FINE _____    ASGMT. _____
CITATION / CASE NO: _____  FINE _____    ASGMT. _____

(X) FINE TOTAL of $ 490.00 and a penalty assessment of $ 10.00
____ days/months or payments of $ 50.00 per month, commencing 8-1-09
and due on the first of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
(X) PROBATION to be unsupervised / ~~supervised~~ for: 6 month
Ordered to remove garbage by 8-14-09.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm. 2546~~ 501 I Stree
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 7-7-09    _____
                U.S. MAGISTRATE JUDGE

EDCA - 03 Rev 8/